UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Margaret Lee | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:17-cv-11042-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| Conagra Brands, Inc. et al, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DISMISSAL

      Stearns   D.J.

In accordance with the Court's Order dated 10/25/2017 granting the Defendants' motion to dismiss (dkt. no. 26), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

|   10/25/2017   | By the Court, |
|---|---|
| Date | /s/Stephanie Caruso |
| | Deputy Clerk |