# United States Court of Appeals
## For the First Circuit

---

No. 17-2131

MARGARET LEE, on behalf of herself and all others similarly situated,

Plaintiff, Appellant,

v.

CONAGRA BRANDS, INC.,

Defendant, Appellee,

ROCHE BROS. INC.; ROCHE BROS. SUPERMARKETS, INC.; ROCHE BROS.
SUPERMARKETS, LLC; STOP & SHOP SUPERMARKET COMPANY LLC,

Defendants.

---

**JUDGMENT**
Entered: May 6, 2020

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the complaint is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Richard G. Stearns
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Edward F. Haber
Patrick J. Vallely
Angela M. Spivey
Kevin M. Duddlesten
Richard Trent Taylor
Ariana J. Tadler
Adam J. Levitt